### JOHNSON agt. HUNT

John Johnson plaint. ag<sup>t</sup> John Hunt Def<sup>t</sup> in an action of the case for witholding a Shop and the pu<sup>r</sup>viledges belonging to it from the s<sup>d</sup> Johnson with due damages according to attachm<sup>t</sup> dat<sup>d</sup> October.

26th 1676. . . . The Jury . . . found for the Defendant costs of Court allowd by the Court Four Shillings & two pence.